80,755-01,02

Court of Criminal Appeals
P.O. BOX 12308, Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

RE: Cause No. 1306394A, 1306345A
State V. José A Banda
TDCJ No. 01765564

Dear Sir/Madam:

On June 05, 2014 I received my Last official Notice of the procedure that was taking action in behave of my Application for a writ of Habeas Corpus, being the following writs; WR-80,755-01/WR-80-755-02. The last Notice I received stated that "The supplemental Clerk's record, has been received and presented to the court." This been the case I Would please like further Notice on what actions are being taken or were does my Applications stand.

Any information or Notice would be appriciated, thank you.

Respectivly submitted,
Jos Banda